IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| PRINCELLA V. ROSS-STEELS | § | |
| VS. | § | CIVIL ACTION NO. 1:17cv149 |
| JOVANIA DENISE ELDER | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Princella V. Ross-Steels, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus. The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to 28 U.S.C. § 636 and applicable orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this case be dismissed without prejudice.

The court has received the Report and Recommendation, along with the record in this matter. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. An appropriate final judgment shall be entered.

So **ORDERED** and **SIGNED** this **16** day of **June, 2017.**

_____
Ron Clark, United States District Judge